**Michael ROYTMAN, Petitioner**

v.

**Karen CESARONE, Respondent**

**No. 166 MAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Petition to File Appeal Response Nunc Pro Tunc is denied as moot.

**Cash WRIGHT and Jasmine Wright, Petitioners**

v.

**STATE FARM INSURANCE COMPANY, et al., Respondents**

**No. 108 EAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.